WILLIE PHILLIPS, Respondent, v. JACQUES WEILL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

KLASKO FINANCE CORPORATION, Plaintiff, v. R. HOLDING Co., INC., and Others, Defendants, Impleaded with NETTIE B. MOYSE, Appellant. FRANK L. BRIARLY, Receiver, Respondent.— Order entered September 17, 1926, as resettled by the order dated October 7, 1926, modified as indicated in order and as so modified affirmed, without costs. Appeal from order entered December 1, 1924, dismissed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Proving the Last Will and Testament of HELEN L. BEATTIE, Deceased, etc.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Dowling, J., dissents.

WELTE-MIGNON CORPORATION, Appellant, v. THE 665 FIFTH AVENUE COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Proving the Last Will and Testament of EMMA K. FLINT, Also Known as EMMA KATE SIMMONS FLINT, etc. E. DeFOREST SIMMONS, Appellant; CHARLES RANLETT FLINT, Respondent.— Order so far as appealed from affirmed, with costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of ANTON SEDLAK, an Incompetent. MARY SEDLAK, Respondent; MAY PEKAREK, Committee for Incompetent, Appellant.— Order modified by striking out the paragraph of said order which provides for payment to the petitioner of a sum for the employment of counsel; and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MADELINE AXTELL, Appellant, v. SILAS BLAKE AXTELL, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

STEFAN K. DePOMIERSKI, Appellant, v. RALPH W. HEES, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NETTIE B. MOYSE, Plaintiff, v. ROSALIE GITTENS and Another, Respondents, Impleaded with JAMES CARRINGTON and Others, Defendants. L. LLOYD BROWN, Attorney for Defendants GITTENS, Appealing on His Own Behalf, Appellant.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.